UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY J. FRAZIER,<br><br>Defendants. | Case No. 1:17-cr-00221-BLW<br><br>**MEMORANDUM DECISION AND ORDER** |

## INTRODUCTION

Before the Court is Timothy Frazier's letter requesting appointment of counsel to assist in filing a motion for compassionate release. Dkt. 34. The Court construes the letter as a motion for appointment of counsel. For the reasons that follow, the Court will deny the motion.

## ANALYSIS

In 2018, Frazier pled guilty to distribution of methamphetamine and was sentenced to 93 months incarceration. Dkt. 31. The presentence investigation report held Frazier responsible for 47 grams of actual methamphetamine. Dkt. 26. Frazier has an extensive criminal history, including felony convictions for burglary, forgery, and possession of controlled substances. *Id*. The PSR indicated

**MEMORANDUM DECISION AND ORDER - 1**

that Frazier did not suffer from any chronic health conditions. *Id.*

Frazier seeks appointment of counsel to apply for compassionate release because of the COVID-19 pandemic and the conditions in prison. He alleges that he sent a request for compassionate release to the Warden on August 10, 2020 and received no response.

There is no constitutional right to appointed counsel in post-conviction proceedings. *Pennsylvania v. Finley*, 481 U.S. 551, 555 (1987) ("The right to appointed counsel extends to the first appeal of right, and no further."). Instead, the decision whether to appoint counsel in post-conviction proceedings rests with the discretion of the district court. *United States v. Harrington*, 410 F.3d 598, 600 (9th Cir. 2005).

Frazier's letter is articulate and legible. Further, he has enough understanding of compassionate release to petition the Warden. The Court sees no special circumstances in the record that may warrant the appointment of counsel. Therefore, the Court will deny Frazier's motion. If Frazier decides to file a pro se motion for compassionate release, he should make clear how the 18 U.S.C. 3553(a) factors support his motion and explain what extraordinary and compelling reasons warrant his release. He should also include copies of any records or documents that support his motion.

**MEMORANDUM DECISION AND ORDER - 2**

## ORDER

**IT IS ORDERED** that Timothy Frazier's Motion for Appointment of Counsel (Dkt. 34) is **DENIED**.

DATED: January 30, 2021

B. Lynn Winmill
U.S. District Court Judge